NEWTON LUMMUS, County Tax Assessor, BOB SIMPSON, County Tax Collector, ERNEST AMOS, Comptroller of the STATE OF FLORIDA, and E. B. LEATHERMAN, Clerk of the Circuit Court, v. MRS. ALICE RUTH RANSOM, a widow, doing business under the firm name of Adirondack-Florida School.

168· So. 241.

Opinion Filed July 31, 1934.

Opinion on Rehearing March 28, 1936.

*Cary D. Landis,* Attorney General, and *H. E. Carter* and *J. V. Keen,* Assistants, for Appellants;

*Mitchell D. Price* and *Charles W. Zaring* and *Jack R. Kirchik,* for Appellee.

*Robert R. Milam,* as *Amicus Curiae.*

PER CURIAM.—In this cause Mr. Chief Justice DAVIS, Mr. Justice WHITFIELD, and Mr. Justice BUFORD are of the opinion that the decree of the Circuit Court should be reversed while Mr. Justice ELLIS, Mr. Justice TERRELL and Mr. Justice BROWN are of the opinion that the said decree should be affirmed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the decree should be affirmed or reversed, and there is no pros-

pect of an immediate change in the personnel of the Court, the decree should be affirmed; therefore it is considered, ordered and adjudged under the authority of State, *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the decree of the Circuit Court in this cause be and the same is hereby affirmed.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.

## ON REHEARING.

PER CURIAM.—This is a companion case to that of Lummus, *et al.,* v. Florida Adirondack School, Inc.

The tax assessment involved in the case here was for the year prior to the year of the acquisition of the property from Mrs. Ransom by the corporation Florida-Adirondack School, Inc.

On authority of the opinion and judgment in the companion case, the decree appealed from in this case should be affirmed.

It is so ordered.

Affirmed.

WHITFIELD, C. J., and BROWN, BUFORD, and DAVIS, J. J., concur.

TERRELL, J., agrees to the conclusion.

ELLIS, P. J., not participating.